UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO JOAQUIN AVILES-MENA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>POLLY KAISER, et al.,<br><br>　　　　　Defendants. | Case No. 25-cv-06783-RFL<br><br>**NOTICE OF QUESTIONS FOR HEARING**<br><br>Re: Dkt. No. 2 |

　　　　The Court requests that the parties be prepared to address the following questions at the hearing on Petitioner-Plaintiff Pedro Aviles-Mena's request for a preliminary injunction, set for August 21, 2025 at 1:00 p.m., in Courtroom 15 at the San Francisco Courthouse.

　　1.　8 U.S.C. § 1225(b)(1)(A)(iii)(II) describes an individual subject to expedited removal as one who "has not been admitted or paroled into the United States," among other requirements. *See Coal. for Humane Immigrant Rts. v. Noem*, No. 25-cv-872, 2025 WL 2192986, at *21–27 (D.D.C. Aug. 1, 2025) (holding that the statute "does not authorize designation for expedited removal of any noncitizen who has, at any point in time, been paroled into the United States"). It appears to be undisputed that, after being detained at the border on May 16, 2022, Aviles-Mena was paroled from ICE's custody on May 23, 2022. If Aviles-Mena has been paroled into the United States, what is Defendants' argument for why Aviles-Mena is subject to expedited removal under Section 1225(b)(1)?

　　2.　Was Aviles-Mena's parole extended beyond May 23, 2023? If so, has Aviles-Mena received written notice of termination of that parole?

3. The August 8, 2025 Form I-213 states that Aviles-Mena was taken "into custody due to being ordered expedited removed from the United States." Is it the government's position that Aviles-Mena had already been ordered removed?

4. Was USCIS's dismissal of Aviles-Mena's I-589 premised on this understanding that Aviles-Mena had already been ordered removed?

At the hearing, each side will address each question in the sequence stated above, and then at the end, the parties will have additional time to present any additional argument that they wish the Court to hear. The parties **shall not** file written responses to this Notice of Questions.

**IT IS SO ORDERED.**

Dated: August 20, 2025

                                                                                                                        _____
RITA F. LIN
United States District Judge