CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Telephone: (415) 436-7177
Fax: (415) 436-6748
molly.friend@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEDRO JOAQUIN AVILES-MENA, | Case No. 3:25-cv-06783 |
| Petitioner, | |
| v. | **STIPULATION TO STAY CASE; [PROPOSED] ORDER** |
| POLLY KAISER, *et al.*, | |
| Respondents. | |

Subject to the Court's approval, Plaintiff and Respondents, through their undersigned counsel of record, hereby stipulate as follows:

1. At midnight on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for other Executive Branch agencies, including some of the federal Respondents. The date when funding will be restored by Congress has not been established.

2. Respondents have conveyed the following to Plaintiff:

    a. The Anti-Deficiency Act, 31 U.S.C. §1341, as construed by the Attorney General, provides that in the absence of appropriated funds no obligation can be incurred except for the protection of life and property, the orderly suspension of operations, or as otherwise authorized by law. Absent an

1 appropriation, Department of Justice attorneys are prohibited from working, even on a volunteer basis,
2 "except for emergencies involving the safety of human life or the protection of property." 31 U.S.C.
3 § 1342.

4       b.    Undersigned counsel for Respondents will be furloughed for the duration of the
5 lapse in appropriations.

6     3.    The parties therefore request a stay of the current Case Management Schedule until
7 Congress has restored appropriations to the Department of Justice and the government shutdown ends.
8 The parties further request that all deadlines in this case be extended for a period of time commensurate
9 with the duration of the lapse in appropriations – *i.e.*, each deadline would be extended by the total
10 number of days of the lapse in appropriations.

11     4.    If this stay is granted, counsel for the United States will promptly notify the Court as
12 soon as the government shutdown has ended and, if necessary given the circumstances of this case,
13 confer with opposing counsel and submit within two weeks a joint proposed schedule for the remainder
14 of litigation.

15     IT IS SO STIPULATED.

17 DATED:     October 1, 2025     Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
*Attorneys for Respondents*


LAW OFFICES OF JULIO J. RAMOS

*/s/ Julio J. Ramos*
JULIO J. RAMOS
*Attorneys for Petitioner*

STIPULATION TO STAY
3:25-CV-06783     1

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED THAT:

1. This case is hereby STAYED until after the shutdown of the federal government has ended and appropriations to the Department of Justice have been restored;

2. All deadlines in this case are extended for a period of time commensurate with the duration of the lapse in appropriations; and

3. The Government will promptly notify the Court as soon as the government shutdown has ended and, if necessary given the circumstances of this case, confer with opposing counsel and submit within two weeks a joint proposed schedule for the remainder of litigation.

IT IS SO ORDERED.

DATED: October 2, 2025

HON. RITA F. LIN
United States District Judge