UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PEDRO JOAQUIN AVILES-MENA,
Plaintiff,

v.

POLLY KAISER, et al.,
Defendants.

Case No.25-cv-06783-RFL

**JUDGMENT**

**IT IS HEREBY ORDERED AND ADJUDGED:** The Petition for Writ of Habeas Corpus is **GRANTED**. The Court, therefore, **ORDERS** as follows:

Respondents shall not re-detain Petitioner: (1) without notice and a pre-deprivation hearing before a neutral decisionmaker in which an individualized determination is made that he poses a flight risk or danger to public safety such that he must be detained; or (2) in the absence of a material change in circumstances since his most recent release justifying his detention.

**IT IS SO ORDERED.**

Dated: August 20, 2026

RITA F. LIN
United States District Judge

United States District Court
Northern District of California